No. 791. BLOOM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James W. Harvey* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Joseph Kovner* for the United States.

No. 797. WOOD-MOSAIC CO. ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Bernard H. Barnett* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Joseph Kovner* for the United States.

No. 798. LEE WAN NAM, ALIAS HONG LEE, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Gilbert S. Rosenthal* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 804. DAVENPORT, ADMINISTRATOR, ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *G. W. Horsley* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Morton K. Rothschild* for the United States.

No. 854. STRECH *v.* BLISSFIELD COMMUNITY SCHOOLS DISTRICT. Supreme Court of Michigan. Certiorari denied. *Robert E. Childs* for petitioner.

No. 861. METROPOLITAN STEVEDORE CO. *v.* DAMPSKI-SAKTIESELSKABET INTERNATIONAL. C. A. 9th Cir. Certiorari denied. *George A. Helmer* for petitioner.